# EXHIBIT 1

**Placeholder for Animated and Narrated Presentation Accompanying Technology Tutorial, which has been hand delivered to the Chambers of the Honorable Judge Lake**