United States District Court
Southern District of Texas
**ENTERED**
July 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAGĒMĀ TECHNOLOGY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-2444 |
| | § | |
| PHILLIPS 66, PHILLIPS 66 CO., | § | |
| and WRB REFINING L.P., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the unanimous verdict of the jury, the court **ORDERS, ADJUDGES,** and **DECREES** that

1. Plaintiff, Magēmā Technology LLC, take nothing from Defendants Phillips 66, Phillips 66 Co., and WRB Refining L.P.

2. Costs that are allowed under 28 U.S.C. § 1920 will be taxed against Plaintiff, Magēmā Technology LLC.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 6th day of July, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE