IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAGĒMĀ TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PHILLIPS 66, PHILLIPS 66 COMPANY, AND WRB REFINING LP,<br><br>    Defendants. | Case. No. 04:20-cv-02444 |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL
CERTAIN ADMITTED TRIAL EXHIBITS**

Defendants Phillips 66, Phillips 66 Company, and WRB Refining LP (collectively, "Defendants") hereby move for leave to file under seal admitted trial exhibits.

Pursuant to the Court's July 7, 2023 Order, Dkt. 266, Plaintiff and Defendants filed admitted trial exhibits on the CM-ECF/PACER system of this Court on July 17. Documents filed under seal at the request of Defendants were DTX-0141, DTX-0161, DTX-0310, DTX-0311, DTX-0313, DTX-0315, DTX-0316, DTX-0317, PTX-340A, and PTX-658. *See* Dkt. 270, 271, and 279. For the reasons set forth below and in the accompanying declaration attached as Exhibit A, Defendants request that the following eight documents remain under seal:

| Exhibit No. | Description | Protective Order, Dkt. 19, Designation |
|---|---|---|
| PTX-340A | Exhibits to Defendants' Responses to Plaintiff's Second Set of Interrogatories (compilation of multiple Process Flow Diagrams (PFDs) and Process and Instrumentation Diagrams (P&IDs)) | Highly Confidential – Attorneys' Eyes Only |
| PTX-658 | Excerpt of Bayway Refinery Operations Manual, DSU-1 – 1.2.03.09 Description of The Process, MAGPXS00254029 | Outside Attorneys' Eyes Only Information |
| DTX-0141 | Bayway Refinery Process Flow Diagram (RPFD), No. 001-OFD, Rev. No. 3 dated 2/1/2021, MAGPXS00198393; | Highly Confidential – Attorneys' Eyes Only |

|  | Bayway Refinery Fluid Catalytic Cracking Process Flow Diagram (RPFD) Section B Rev 2 dated 2/5/2021, MAGPXS00198394; <br><br> BY Desulfurization Unit #1 Flow Diagram (DSU1) Rev 3 dated 2/5/2021, MAGPXS00198392; <br><br> Bayway Refinery Solvent Deasphalting Unit Process Flow Diagram (RPFD) Section A Rev 1, MAGPXS00195511; and <br><br> DSU-2 Process Flow Diagram (Simplified) Rev 2 dated 2/5/2021, MAGPXS00195512 |  |
|---|---|---|
| DTX-0161 | DSU-1 Description of Flow Revision 8 dated 4/16/2020, MAGPXS00253262; and <br><br> Bayway DSU-1 Sample Schedule (6/25/2014), MAGPXS00255010 | Highly Confidential – Attorneys' Eyes Only |
| DTX-0311 | Unionfining Process/VGO Unionfining Process License Agreement between Union Oil Company of California and Conoco Inc., dated 10/1/1992, MAGPXS00200304 | Outside Attorneys' Eyes Only Information |
| DTX-0313 | License Agreement between Tosco Refining Company and Haldor Topsoe A/S, dated 6/18/2001, MAGPXS00217120 | Outside Attorneys' Eyes Only Information |
| DTX-0315 | VGO Unionfining Process License Agreement between ConocoPhillips Co. and UOP LLC for VGO Unionfining Process Unit (HDT-1), Los Angeles Refinery, Carson, California, dated 12/8/2005, MAGPXS00200292 | Outside Attorneys' Eyes Only Information |
| DTX-0317 | Agreement between Chevron Research Co. and Phillips Petroleum Co. relating to Chevron Hydrotreating Process (Borger), MAGPXS00217236 | Outside Attorneys' Eyes Only Information |

Exhibits PTX-340A and DTX-0141 comprise compilations of more than 40 Process Flow Diagrams (PFDs) and Process & Instrumentation Diagrams (P&IDs) from the Bayway Refinery and/or Wood River Refinery. The vast majority of the diagrams in the compilations were not used, discussed, or displayed in open court. The few diagrams that were used at trial were not shown to the public, and instead presented on a screen only visible to the jury, attorneys, and the Court.

Exhibits PTX-658 and DTX-0161 are excerpts of a Bayway refinery operations manual and contain detailed descriptions of the DSU-1 hydrotreating process. These manuals were not shown to the public, and the level of detail in the process descriptions far exceed what was discussed in open court.

Exhibits DTX-0311, DTX-0313, DTX-0315, and DTX-0317 are agreements that were discussed with a witness, but were not displayed to the public. Further, the level of detail in the agreements far exceed any discussion in open court. *See, e.g.*, Trial Tr. (June 30, 2023) at 188:5-189:15.

Defendants intend to file unredacted public versions of DTX-0310 and DTX-0316. Defendants do not request that any other admitted trial exhibits be filed under seal, but did file additional DTX-labeled admitted trial exhibits under seal at the request of Plaintiff. *See* Dkt. 270 (trial exhibits), 271 (trial exhibits), and 280 (Plaintiff's motion to seal trial exhibits).

Accordingly, Defendants respectfully request that PTX-340A, PTX-658, DTX-0141 and DTX-0161, DTX-0311, DTX-0313, DTX-0315, and DTX-0317 remain sealed. A proposed order is enclosed for the Court's consideration.

| | |
|---|---|
| Dated:  July 19, 2023 | Respectfully submitted, |
| | By: */s/ Charles B. Walker* <br> Charles B. Walker <br> *Attorney-in-Charge for Defendants* <br> Texas Bar No. 00794808 <br> charles.walker@nortonrosefulbright.com <br> Norton Rose Fulbright Tower <br> 1301 McKinney, Suite 5100 <br> Houston, Texas 77010-3095 <br> Tel:  (713) 651-5203 <br> Fax: (713) 651-5246 |
| OF COUNSEL: <br> NORTON ROSE FULBRIGHT US LLP <br> 1301 McKinney, Suite 5100 <br> Houston, Texas 77010-3095 <br> Tel: (713) 651-5203 <br> Fax: (713) 651-5246 <br> <br> Reagan M. Brown <br> Texas Bar No. 03162200 <br> reagan.brown@nortonrosefulbright.com <br> Norton Rose Fulbright Tower <br> 1301 McKinney, Suite 5100 <br> Houston, Texas 77010-3095 <br> Tel:  (713) 651-5203 <br> Fax: (713) 651-5246 | |

Brandy S. Nolan
Texas Bar No. 24070337
brandy.nolan@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel:  (214) 855-8000
Fax: (214) 855-8200

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff by email on July 17, 2023, and that Plaintiff indicated it is not opposed to the Motion.

/s/ *Charles B. Walker*
Charles B. Walker

## CERTIFICATE OF SERVICE

I certify that the foregoing document and exhibits referenced therein were filed electronically on July 19, 2023 through the Court's CM/ECF system, which shall serve a copy upon counsel of record.

/s/ *Charles B. Walker*
Charles B. Walker