IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MAGĒMĀ TECHNOLOGY LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PHILLIPS 66, PHILLIPS 66 COMPANY, AND WRB REFINING LP,<br><br>  Defendants. | Case. No. 04:20-cv-02444 |

## ORDER

This matter having come before the Court on Defendants Phillips 66, Phillips 66 Company, and WRB Refining LP's Unopposed Motion for Leave to File Under Seal, and the Court having reviewed the motion, the record, and being fully advised and with good cause, hereby **ORDERS AND ADJUDGES** as follows:

The Unopposed Motion for Leave to File Under Seal is **GRANTED**. The following Exhibits may be filed or remain under seal: PTX-340A, PTX-658, DTX-0141, DTX-0161, DTX-0311, DTX-0313, DTX-0315, and DTX-0317.

**SO ORDERED**.

Signed at Houston, Texas on _____ day of _____, 2023.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE