IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MAGĒMĀ TECHNOLOGY LLC,

      **Plaintiff**,

      **v.**

PHILLIPS 66, PHILLIPS 66
COMPANY, AND WRB REFINING LP,

      **Defendants.**

Case. No. 04:20-cv-02444

## DEFENDANTS PHILLIP 66'S NOTICE REGARDING SETTLEMENT AND MEDIATION

Defendants Phillips 66, Phillips 66 Company, and WRB Refining LP have not settled with Plaintiff Magema Technology LLC within the 30 days provided by the Court in its order of March 3, 2026. Dkt. 316. As stated in last hearing, Defendants agree to mediation with Judge Atlas and will coordinate with Plaintiff's counsel on a mediation date.

Dated: April 2, 2026

OF COUNSEL:
NORTON ROSE FULBRIGHT US LLP
Reagan M. Brown
Texas Bar No. 03162200
reagan.brown@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Tel: 713 651 5151
Fax: 713 651 5246

Brandy S. Nolan
Texas Bar No. 24070337
brandy.nolan@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel: 214 855 8000
Fax: 214 855 8200

Respectfully submitted,

By: /s/ *Charles B. Walker*
Charles B. Walker
*Attorney-in-Charge for Defendants*
Texas Bar No. 00794808
charles.walker@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Tel: 713 651 5151
Fax: 713 651 5246

*Attorneys for Defendants*

Magema v. P66 - Notice re Settlement and Mediation.docx     - 1 -

-2-

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on April 2, 2026 through the Court's CM/ECF system, which shall serve a copy upon counsel of record.

/s/ *Charles B. Walker*
Charles B. Walker

302748087.1